FILED
January 25, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003234089

# DECLARATION

```
 1 | BRAD A. MOKRI, SBN: 208213
   | JENNIFER N. HUPE, SBN: 256009
 2 | LAW OFFICES OF MOKRI & ASSOCIATES
   | 1851 E. First Street, Suite 900
 3 | Santa Ana, California 92705
   | Telephone No.: (714) 619-9395
 4 | Facsimile No.: (714)619-9396
 5 |
   | Attorney for HERITAGE PACIFIC FINANCIAL LLC dba
 6 | HERITAGE PACIFIC FINANCIAL
 7 |
 8 |
   |              UNITED STATES BANKRUPTCY COURT
 9 |               EASTERN DISTRICT OF CALIFORNIA
10 |
11 | In re:                          ) Chapter 7
   | ANTONIA FRUTOS DE ESPINOZA      ) Bankruptcy Case No.: 10-92781-E-7
12 |                                 ) Adversary Case No: 10-09078-E
   | _____)
13 | HERITAGE PACIFIC FINANCIAL, LLC )
   | D/B/A HERITAGE PACIFIC FINANCIAL, a ) DECLARATION OF BEN GANTER IN
14 | Texas Limited Liability Company,) SUPPORT OF PLAINTIFF'S MOTION
   |               Plaintiff,        ) FOR DEFAULT JUDGMENT
15 |                                 )
   |        vs.                      )
16 |                                 )
   | ANTONIA FRUTOS DE ESPINOZA      )
17 |                                 )
18 |               Defendant         )
19 |                                 )
20 | _____)
21 |
22 | I, Ben Ganter, declare as follows:
23 |   1. I am the Director of Client Relations for Heritage Pacific Financial, LLC
24 | d/b/a Heritage Pacific Financial. I have personal knowledge of the facts stated herein. I am
25 | familiar with Heritage Pacific Financial's regular course of business and its operations within the
26 | secondary mortgage market. I participate in the purchase of mortgage notes on the secondary
27 | market, on behalf of Plaintiff Heritage Pacific Financial.
28 |   2. When purchasing loans on the secondary market, Heritage Pacific Financial
```

**DECLARATION OF BEN GANTER**

- 1 -

relies *only* on the information provided on the loan application (otherwise referred to as the 1003 Application or Uniform Residential Loan Application).

3. When seeking to purchase a note on the secondary market, Heritage relies on the stated income of the borrower, the borrower's assets and debts, occupation, and other real property as set forth on the 1003 Application. The borrower signs an "Acknowledgement and Agreement" representing to the lender, its agents, brokers, processors, attorneys, insurers, servicers, successors and assign that the information provided in this application is true and correct. See Exhibit A in support of Plaintiff's Motion for Default Judgment.

4. By signing the "Acknowledgement and Agreement" the borrower intends to make these representations to any subsequent note holders, like Heritage Pacific Financial. This acknowledge and agreement is an essential clause to which Heritage Pacific Financial relies on in purchasing the notes from the Lender. Absent this clause, Heritage Pacific Financial would have no incentive to purchase these notes, and the risk of loss would gravely outweigh the cost.

5. By relying on the representations contained within the 1003 Application, such as income, assets, occupation and other properties, Heritage Pacific Financial assumes that even if the borrower defaults, Heritage Pacific Financial will still be able to collect on the note considering the amount of income the borrower has represented to make annually. For example, Defendant made the following representations, to which Heritage Pacific Financial relied on when purchasing the subject notes:

    a. Antonia Frutos De Espinoza represented on the 1003 Application (Exhibit A) that she was self-employed as owner of Frutos Landscape and earned $9,000.00 per month.

6. Had Heritage Pacific Financial known that the actual income of the borrower was falsely stated on the 1003 Application, Heritage Pacific Financial would not have purchased that note.

7. As Director of Client Relations, I am also familiar with the terms, payments received, and defaults associated with these Defendants and have personal knowledge of the following facts:

    a.    Antonia Frutos De Espinoza made one (1) payment on the note and has an

1 | unpaid balance of $70,927.00 with a 11.250% interest rate.

2 | 8.  Attached as Exhibit "A" is a true and correct copy of Defendant's Uniform Residential Loan Application, otherwise known as a 1003 Form, executed by Defendant, the original of which is maintained in the records of Heritage Pacific Financial in the ordinary course of its business.

9.  Attached as Exhibit "B" is a true and correct copy of the Promissory Note, executed by Defendant, the original of which is maintained in the records of Heritage Pacific Financial in the ordinary course of its business.

10. On or about January 24, 2011, Heritage Pacific Financial requested Defendant's 2006 tax transcript from the Internal Revenue Service.  A true and correct copy of Defendant's 2006 Tax Transcript, as receive from the Internal Revenue Service is attached as Exhibit "C".

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  1/25/11  at Plano, Texas.

**Heritage Pacific Financial, LLC**
**d/b/a Heritage Pacific Financial**

By: _____

BEN GANTER
Director of Client Relations and Custodian
of Records for Pacific Financial LLC

---

DECLARATION OF BEN GANTER